IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KASSANDRA S HERSTGAARD,

    Plaintiff,

v.                                           CASE NO. 1:07-cv-00002-MP-AK

CHERRYDEN LLC,
CNL INCOME AND GROWTH CORP,
DENS 5 & 6 LLC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 38, the Report and Recommendation of the Magistrate Judge, recommending that the motion to dismiss the complaint as untimely and for insufficiency of service be denied. No objections have been filed and the time for doing so has passed. The Court agrees that the complaint was timely filed because January 1 and January 2, 2007 were legal holidays and so the time for filing was extended until January 3, 2008. Also, the Court agrees that no prejudice is shown in extending the time for service of process in this case. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein. The motion to dismiss, doc. 27, is denied, and the matter remanded to the Magistrate Judge.

    **DONE AND ORDERED** this  *25th*   day of June, 2008

                            *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge