IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


KASSANDRA S. HERSTGAARD,

    Plaintiff,

v.	CASE NO. 1:07-cv-00002-MP-AK

CHERRYDEN LLC,
CNL INCOME AND GROWTH CORP,
DENS 5 & 6 LLC,

    Defendants.

_____/

**O R D E R**

This cause is before the Court following remand from the District Judge after he accepted the Report and Recommendation and denied Defendants' motion to dismiss. Doc. 39. The issue of service on these corporate Defendants remains, and Plaintiff will now be given a limited amount of time to effect service properly on Defendants.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forthwith issue a summons for each Defendant and deliver the summonses along with a service copy of Plaintiff's complaint to Plaintiff, who shall be responsible for prompt service of the summons and complaint upon each Defendant. The Clerk shall also forward to Plaintiff a copy of the forms and instructions to be used if Plaintiff decides to serve the complaint under Fed. R. Civ. P. 4(d) (waiver of formal service);

That the time for effecting service on Defendants is hereby extended to 30 days from the date of this Order pursuant to Fed. R. Civ. P. 4(m);

**That failure to effect service in the time set forth in this Order may result in a recommendation of dismissal of this cause**.

**DONE AND ORDERED** this *14th* day of July, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**