IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KASSANDRA S. HERSTGAARD,

    Plaintiff,

v.                                CASE NO. 1:07-cv-00002-MP-AK

CHERRYDEN LLC,
CNL INCOME AND GROWTH CORP,
DENS 5 & 6 LLC,

    Defendants.

_____/

## **O R D E R**

By prior order, the Court established December 1, 2008, as the date for filing the Joint Report.  Presently before the Court is Plaintiff's motion for another extension of time to file the Joint Report as the parties continue to pursue mediation.  Doc. 48.  Defendants have not responded to this motion, and having carefully considered it, the Court finds the motion to be well taken, and it is **GRANTED**.  No later than **January 16, 2009**, the parties shall confer, either in person or telephonically, regarding the Joint Report as previously explained in the Initial Scheduling Order.  No later than **February 2, 2009**, Defendants shall file the Joint Report.  **No further extensions of these deadlines shall be granted to either party.**

**DONE AND ORDERED** this  *15th*  day of December, 2008.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**