# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**KASSANDRA S. HERSTGAARD,**

    **Plaintiff,**

**vs.**                                                 **CASE NO. 1:07CV02-MP/AK**

**CHERRYDEN, LLC, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause is before the Court on Defendants' motion to dismiss as a sanction based on Plaintiff's repeated failure to participate in discovery. Doc. 79. This Order will set the deadline for Plaintiff's response. Plaintiff is presently facing an August 3, 2009, deadline for submitting her discovery responses to Defendant. Doc. 77. As the Court advised Plaintiff, that deadline will not be extended. The parties are also facing an August 24, 2009, discovery deadline, which is continuing to run and does not stop merely because the instant motion was filed. The Court therefore believes that an interim deadline for response to the instant motion is appropriate.

Accordingly, it is **ORDERED**:

That Plaintiff shall file her response to Defendants' motion to dismiss, Doc. 79, no later than **Monday, August 10, 2009, at 5:00 p.m. EST;**

**That this deadline shall not be extended for any reason;**

That the Clerk shall (1) e-mail this order to Plaintiff after it is filed, (2) make a contemporaneous docket entry reflecting the sending of the e-mail, and (3) mail a hard copy of the order to Plaintiff at her last known address as reflected on the Court's official docket by priority mail, with delivery confirmation.

**DONE AND ORDERED** this _22nd_ day of July, 2009.

_s/A. Kornblum_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**