# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**KASSANDRA S. HERSTGAARD,**

    **Plaintiff,**

**vs.**                                          **CASE NO. 1:07CV02-MP/AK**

**CHERRYDEN, LLC, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause is before the Court on Defendants' amended motion to dismiss. Doc. 93. This order sets the deadlines for Plaintiff to file her response thereto and allows Defendants an opportunity to file a reply. Accordingly, it is **ORDERED**:

That no later than **September 23, 2009**, Plaintiff shall file a response to Defendants' amended motion to dismiss;

That no later than **October 14, 2009**, Defendants may, if necessary and appropriate, file a reply to Plaintiff's response;

That the Clerk is **DIRECTED** (1) to e-mail this order to Plaintiff after it is filed, (2) to make a contemporaneous docket entry reflecting the sending of the e-mail, and (3) to mail a hard copy of the order to Plaintiff at her last known address as reflected on the Court's official docket by priority mail, with delivery confirmation.

**DONE AND ORDERED** this _**2nd**_ day of September, 2009.

                                                  _s/A.Kornblum_
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**