**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KASSANDRA S. HERSTGAARD,**

    **Plaintiff,**

**vs.**                                                     **CASE NO. 1:07CV02-MP/AK**

**CHERRYDEN, LLC, et al.,**

    **Defendants.**

    _____/

**O R D E R**

This cause is before the Court on Plaintiff's motion for extension of time to file a response to Defendants' amended motion to dismiss. Doc. 97. Having carefully considered the matter, the Court finds that, out of an abundance of caution, the motion is well taken, and it is **GRANTED**. Plaintiff shall file her response no later than **October 14, 2009. Plaintiff is advised, however, (1) that she may not file the response by fax, and (2) that she will not, for any reason, be granted further additional time to respond to the motion.** Defendants may may, if necessary and appropriate, file a reply to Plaintiff's response no later than **October 28, 2009.** Furthermore, the Clerk is **DIRECTED** (1) to e-mail this order to Plaintiff after it is filed, (2) to make a contemporaneous docket entry reflecting the sending of the e-mail, and (3) to mail a hard copy of the order to Plaintiff at her last known address as reflected on the Court's official docket by priority mail, with delivery confirmation.

    **DONE AND ORDERED** this day **5th** of October, 2009.

                                                        *s/ A. KORNBLUM*
                                                        **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**